# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| STEPHANIE M. JOHNSON, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 5:17-cv-00404-KKC |
| WELLS FARGO BANK, N.A. ET AL., | ) |
| Defendants. | ) |

\*\* \*\* \*\* \*\*

## NOTICE OF SETTLEMENT

Comes the Plaintiff, Stephanie Johnson, and hereby notifies the Court that Plaintiff has settled her claims against Defendant, Wells Fargo Bank, N.A. subject to execution of a final settlement agreement and release.

Respectfully submitted,

*/s/David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, PSC
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
(Tel) 502.443.1060
(Fax) 502.873.5300
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July, 2018 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

*/s/David W. Hemminger*
David W. Hemminger