IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
(LEXINGTON DIVISION)

STEPHANIE M. JOHNSON                                                                                  PLAINTIFF

v.                                                                                  CASE NO.:  5:17-cv-00404-KKC

EXPERIAN INFORMATION                                                                            DEFENDANTS
SOLUTIONS, INC.

**AGREED ORDER OF DISMISSAL**

Upon agreement of the Plaintiff, Stephanie Johnson, and the Defendant, Experian Information Solutions, Inc., each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Experian Information Solutions, are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.   This matter is STRICKEN from the active docket.

/s/ *David W. Hemminger*
David W. Hemminger
Hemminger Law Office, P.S.C.
331 Townepark Circle Suite 100-C
Louisville, KY 40243
*Attorney for Plaintiff Stephanie M. Johnson*


*/s/ Margaret Jane Brannon (with permission)*
Margaret Jane Brannon
Jackson Kelly, PLLC - Lexington
175 E. Main St., Suite 500
Lexington, KY 40507
859-255-9500
Fax: 859-288-2849
Email: mjbrannon@jacksonkelly.com
*Counsel for Defendant, Experian Information Solutions, Inc.*